**Order entered April 15, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-19-01388-CV

### TARSHA HARDY, Appellant

### V.

### COMMUNICATION WORKERS OF AMERICA, INC., ET AL., Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04027**

### ORDER

Before the Court is appellant's April 13, 2020 fourth motion for an extension of time to file her brief on the merits. Appellant seeks a one-week extension. We **GRANT** the motion and extend the time to April 20, 2020. Further extension requests in this appeal will be strongly disfavored. Appellant is cautioned that the failure to file a brief by April 20, 2020, may result in the appeal being dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).

/s/    ERIN A. NOWELL
JUSTICE